# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>   Plaintiff )<br>)<br>vs. )<br>Gerardo Guillen-Guiltron, )<br>   Defendant(s) et al. ) | CRIMINAL NO. 08mj1692<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 08661290 |

On order of the United States District/**Magistrate Judge,** CATHY ANN BENCIVENGO

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Emmanuel Rojas-Roman

DATED: 6/12/08

**CATHY ANN BENCIVENGO**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
         DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk
by /s/ Hernandez
Deputy Clerk
L. HERNANDEZ