# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
        Plaintiff )

vs. )

Gerardo Guillen-Guiltron, )
        Defendant(s)  et al. )

CRIMINAL NO. ___08mj1692___

ORDER

RELEASING MATERIAL WITNESS

Booking No. 08661293

On order of the United States District/Magistrate Judge, **CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Sergio Salazar-Martinez

DATED: ___6/12/08___

**CATHY ANN BENCIVENGO**
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

RECEIVED _____
         DUSM

W. SAMUEL HAMRICK, JR. Clerk

by _____
Deputy Clerk
L. HERNANDEZ

☆ U.S. GPO: 2003-581-774/70082