AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
JUN 12 2008

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| GERARDO GUILLEN-GUILTRON | CASE NUMBER: 08CR1921-JM |

I, GERARDO GUILLEN-GUILTRON, the above-named defendant, who is accused of committing the following offenses:

Transportation of Illegal Aliens and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(II) (Felony).

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on __12 June 2008__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Gerardo Guillen_
Defendant

_[signature]_
Defense Counsel

Before _[signature]_
Judicial Officer